IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 6:25cr1184 |
| | ) | 21 U.S.C. § 841(a)(1) |
| -versus- | ) | 21 U.S.C. § 841(b)(1)(B) |
| | ) | 21 U.S.C. § 841(b)(1)(C) |
| BOBBY DAVIS, a/k/a "Detroit Bob" | ) | 21 U.S.C. § 841(b)(1)(D) |
| | ) | 21 U.S.C. § 846 |
| | ) | 18 U.S.C. § 924(c)(1)(A) |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(a)(8) |
| | ) | 18 U.S.C. § 1956(a)(1)(B)(i) |
| | ) | 18 U.S.C. § 1956(h) |
| | ) | 18 U.S.C. § 924(d)(1) |
| | ) | 18 U.S.C. § 982(a)(1) |
| | ) | 21 U.S.C. § 853 |
| | ) | 21 U.S.C. § 881 |
| | ) | 28 U.S.C. § 2461(c) |
| | ) | |
| | ) | **SEALED INDICTMENT** |

COUNT 1
Conspiracy to Commit Drug Trafficking

THE GRAND JURY CHARGES:

Beginning at a time unknown to the Grand Jury, but beginning in at least 2018, and continuing thereafter, up to and including the date of this Indictment, in the District of South Carolina and elsewhere, the Defendants, BOBBY DAVIS, a/k/a "Detroit Bob," knowingly and intentionally did combine, conspire, agree, and have tacit understanding with each other and with others, both known and unknown to the Grand Jury, to possess with intent to distribute and to distribute N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as "fentanyl"), a Schedule II controlled substance; heroin, a Schedule I controlled substance; and marijuana, a

Schedule I controlled substance;

    a. With respect to BOBBY DAVIS, a/k/a "Detroit Bob," the amount involved in the conspiracy attributable to him as a result of his own conduct and the conduct of other conspirators reasonably foreseeable to him is 40 grams or more of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as "fentanyl"), a quantity of heroin, and a quantity of marijuana, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), 841(b)(1)(C), and 841(b)(1)(D);

    b. With respect to ▉▉▉▉▉▉▉▉▉▉ the amount involved in the conspiracy attributable to him as a result of his own conduct and the conduct of other conspirators reasonably foreseeable to him is 40 grams or more of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as "fentanyl") and a quantity of heroin, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B) and 841(b)(1)(C);

    c. With respect to ▉▉▉▉▉▉▉▉▉▉ the amount involved in the conspiracy attributable to him as a result of his own conduct and the conduct of other conspirators reasonably foreseeable to him is 40 grams or more of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as "fentanyl") and a quantity of heroin, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B) and 841(b)(1)(C);

    All in violation of Title 21, United States Code, Section 846.

### COUNTS 2 - 4
### Possession with Intent to Distribute Controlled Substances

THE GRAND JURY FURTHER CHARGES:

That on or about the listed date, in the District of South Carolina, the listed Defendant intentionally and unlawfully did possess with intent to distribute a quantity of the listed controlled substance:

| Count | Date | Defendant | Substance | Schedule |
|---|---|---|---|---|
| 2 | 09/11/2024 | ▇▇▇▇▇▇▇▇▇▇ | N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as "fentanyl") | II |
| 3 | 11/24/2024 | BOBBY DAVIS, a/k/a "Detroit Bob" | N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as "fentanyl") | II |
| 4 | 09/17/2025 | BOBBY DAVIS, a/k/a "Detroit Bob" | Marijuana | I |

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT 5
### Possession of a Firearm by a Convicted Felon

THE GRAND JURY FURTHER CHARGES:

That on or about September 17, 2025, in the District of South Carolina, the Defendant, BOBBY DAVIS, a/k/a "Detroit Bob," knowingly did possess a firearm in and affecting interstate commerce, that is a Smith and Wesson, model M&P 40 Shield M2.0, .40 caliber pistol, having been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that he had been convicted of such a crime;

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 6
Possession of a Firearm in Furtherance of a Drug Trafficking Crime

THE GRAND JURY FURTHER CHARGES:

That on or about September 17, 2025, in the District of South Carolina, the Defendant, BOBBY DAVIS, a/k/a "Detroit Bob," knowingly possessed a firearm in furtherance of a drug trafficking crime, as charged in Count 1 and Count 4, which are prosecutable in a court of the United States;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 7
Conspiracy to Commit Money Laundering

THE GRAND JURY FURTHER CHARGES:

That beginning at a time unknown to the Grand Jury, but beginning at least in 2022, and continuing up to and including the date of this Indictment, in the District of South Carolina and elsewhere, the Defendants, BOBBY DAVIS, a/k/a "Detroit Bob," ▮▮▮▮▮ knowingly and willfully did combine, conspire, agree, and have tacit understanding with each other and with others, both known and unknown to the Grand Jury, that is to conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, which in fact involved the proceeds of a specified unlawful activity, that is drug trafficking, in violation of Title 21, United States Code, Sections 841(a)(1) and 846, knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, and further knowing that the transactions were designed, in whole and in part, to conceal and disguise the nature, the location, the source, the ownership, and the control of the property, in violation of Title

4

18, United States Code, Section 1956(a)(1)(B)(i);

All in violation of Title 18, United States Code, Section 1956(h).

## FORFEITURE

FIREARM/DRUG OFFENSES:

Upon conviction for felony violations of Title 18 and 21, United States Code as charged in this Indictment, the Defendants, BOBBY DAVIS, a/k/a "Detroit Bob," ▆▆▆ shall forfeit to the United States all of the Defendants' rights, title, and interest in and to any property, real and personal,

- (a) constituting, or derived from any proceeds the Defendants obtained, directly or indirectly, as the result of such violation(s) of Title 21, United States Code, and all property traceable to such property;

- (b) used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations of Title 21, United States Code;

- (c) any firearms and ammunition (as defined in 18 U.S.C. § 921) –
  - (1) used or intended to be used to facilitate the transportation, sale, receipt, possession or concealment of controlled substances or any proceeds traceable to such property;
  - (2) involved in or used in any knowing violations of 18 U.S.C. § 922 or 924, or violation of any other criminal law of the United States or intended to be used in a crime of violence.

MONEY LAUNDERING:

Upon conviction for violation of Title 18, United States Code, Section 1956 as charged in this Indictment, the Defendants, BOBBY DAVIS, a/k/a "Detroit Bob, ▆▆▆ shall forfeit to the United States any property, real or personal, constituting, derived

5

from or traceable to proceeds the Defendants obtained directly or indirectly as a result of such offense and any property, real or personal, involved in a transaction or attempted transaction in violation of 18 U.S.C. § 1956, as charged in the Indictment, or any property traceable to the offense.

PROPERTY:

Pursuant to Title 18, United States Code, Sections 924(d)(1) and 982(a)(1), Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendants for the offenses charged in this Indictment includes, but is not limited to, the following:

    A.    Firearm:

        Smith and Wesson, model M&P 40 Shield M2.0, .40 caliber pistol
        Seized from: Bobby Tyrell Davis
        Asset ID: 25-ATF-022401

    B.    Ammunition:

        (1) Seven (7) rounds of assorted ammunition
           Seized from: Bobby Tyrell Davis
           Asset ID: 25-ATF-022402

        (2) Thirty-eight (38) rounds of .40 caliber ammunition
           Seized from: Bobby Tyrell Davis
           Asset ID: 25-ATF-022398

    C.    Vehicles:

        (1) 2019 Dodge Charger SRT Hellcat
           VIN: 2C3DXL94KH685594
           Registered to: Bobby Davis Jr.

        (2) 1972 Chevy Caprice
           VIN: 1N47R2T159760
           Registered to: Bobby Tyrell Davis

D. Proceeds/Forfeiture Judgment:

A sum of money equal to all property the Defendants obtained as a result of the drug offenses charged in the Indictment, and all interest and proceeds traceable thereto as a result of their violation of 21 U.S.C. §§ 841 and 846.

E. Money Laundering/Forfeiture Judgment:

A sum of money equal to all property involved in the money laundering offense charged in the Indictment, and all interest and proceeds traceable thereto, for which the Defendants are liable as the result of their violation of 18 U.S.C. § 1956.

SUBSTITUTION OF ASSETS:

If any forfeited property being subject to forfeiture, as a result of any act or omission of a Defendant:

(a) cannot be located upon the exercise of due diligence;
(b) has been transferred or sold to, or deposited with, a third person;
(c) has been placed beyond the jurisdiction of the Court;
(d) has been substantially diminished in value; or
(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of Defendant up to an amount equivalent to the value of the forfeitable property.

Pursuant to Title 18, United States Code, Sections 924(d)(1) and 982(a)(1), Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c).

A _____TRUE_____ BILL

REDACTED

FOREPERSON

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By: _____
Jamie Lea Schoen (Fed. ID # 11386)
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
Tel.:  864-282-2100
Fax:  864-233-3158
Email: jamie.l.schoen@usdoj.gov